UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:  Case No. 17-25038-svk

ROBERT LEE HARRIS  Chapter 13
MISTY HARRIS

**CITY OF MILWAUKEE'S LIST OF EXHIBITS AND WITNESS**

At the hearing scheduled for September 12, 2017, the City of Milwaukee will offer into evidence the following exhibits, copies of which are attached hereto:

1. Exhibit A – Assessment detail and comparable properties, 2872 North 21st Street.

The City of Milwaukee will call as a witness Anjanett Lopez from the Office of the City Assessor. Ms. Lopez will testify relative to the City Assessor's Office determination of value of the above property.

Dated, signed, and filed at Milwaukee, Wisconsin on this 31st day of October, 2017.

GRANT F. LANGLEY
City Attorney

/s/ KEVIN P. SULLIVAN
Assistant City Attorney
Attorneys for City of Milwaukee
State Bar No. 1005718

P.O. ADDRESS:
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601

1060-2017-1347:242403

# Assessment Detail and Listing Characteristics

| Taxkey | Premise Address | Nbhd | Plat | Assessment County | Class |
|---|---|---|---|---|---|
| 3101319100 | 2872 N 21ST ST | 2950 | 31003 | Milwaukee | Residential |

**Ownership Information**

ROBERT L HARRIS
2872 N 21ST ST
MILWAUKEE WI
53206

**Conveyance**

Deed Type — QC
Date — 2000-01-03
Fee — 0.00
Name or Address Change: 2003-03-03

**Assessment Information**

| Year | Current | Previous |
|---|---|---|
| Land | 2900 | 2900 |
| Imprv | 17800 | 17700 |
| Total | 20700 | 20600 |

| Org Year | Drop Year | Zoning | Ald. District | Census |
|---|---|---|---|---|
| 1995-215 | | RT4 | 15 | 008700- |

**Legal Description**

MAYHEW'S SUBD,(A K) IN E 1/2 OF NW 1/4 SEC 18-7-22 BLOCK 5 LOTS 19 & 20

Dwelling is a 1.5 Story Residence Old Style having 1661 sqft of finished living area

| | | | | | |
|---|---|---|---|---|---|
| Dwelling Units | 1 | 1st Flr | 924 | Bedrooms | 4 |
| Year Built | 1906 | 2nd Flr | 0 | Baths | 1 |
| Heating | WARM AIR | 3rd Flr | 0 | Half Baths | 1 |
| Airconditioned | NO | Attic | 0 | RecRoom | NO |
| Exterior Wall | FRAME | Half Story | 737 | FirePlaces | 0 |
| Basement Type | FULL 924 sqft | Basement | 0 | | |

**Garages and Other**
None Listed

**Lot Entries**
Lot Size 7540.00 sqft

Recent Permits  Owner History  Sale History  Assessment History  Tax Balance  About Site

Data Provided By Assessor Query From: 10.196.86.47

EXHIBIT A-1

## IDENTIFYING INFORMATION

**Subject Property:**
Address: 2872 N 21st St
Tax Key No. 310-1319-100

## DESCRIPTION OF SUBJECT PROPERTY

The subject property is listed as a 4 bedroom, 1 and a half full baths, 1,661 sq ft Residence Old Style, single family home, built in 1906, remodeled in 1925. The current overall condition of the home is listed to be in Fair Condition. There has not been a recent sale of the property. The 2017 assessed value of this home is $20,700. There are no records that the current property owner ever appealed the assessment. Per a recent exterior view, it appears the home is in Fair condition.

This property is in neighborhood 2950 which is bounded by; Auer Ave on the north, Center St on the south, Hopkins St on the east, and 35th St on the west.

Neighborhood 2950 is dominated by single family & duplex old style properties. This is a neighborhood that was heavily impacted by the foreclosure crisis, and has predominantly tenant occupied properties.

Ariel view of subject property





EXHIBIT A-2

| Item | Subject | Comparable #1 | | Comparable #2 | | Comparable #3 | | Comparable #4 | | Comparable #5 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Key No. | 310-1319-100 | 309-0664-000 | | 324-9839-000 | | 325-1216-000 | | 286-0294-000 | | 285-1671-000 | |
| Address | 2872 N 21st St | 2914 N 30th St | | 2547 N 13th st | | 2339 N 20th St | | 3334 N 28th St | | 2328 W Keefe Ave | |
| Sale Date | NA | 2/13/2017 | | 10/14/2016 | | 9/2/2016 | | 2/10/2016 | | 1/22/2016 | |
| Sale Price | NA | 21,000 | | 18,000 | | 17,500 | | 25,000 | | $22,000 | |
| Condition | Fair | Average | (-) adj | Fair | (-) adj | Average | (-) adj | Average | (-) adj | Fair | (-) adj |
| Full Baths | 1 | 1 | | 1 | | 1 | | 1 | | 1 | |
| Half Baths | 1 | 0 | (+) adj | 0 | (+) adj | 0 | (+) adj | 0 | (+) adj | 1 | |
| Bedrooms | 4 | 4 | | 3 | | 4 | | 3 | | 4 | (+) adj |
| Finished Sq Ft | 1,661 | 1068 | (+) adj | 1125 | (+) adj | 1240 | (+) adj | 1156 | (+) adj | 1414 | (+) adj |
| Garage | none | none | | none | | none / 1 car slab | (-) adj | 2 car | (-) adj | none | |
| 2017 Assessment | $20,700 | $26,500 | | 15,700 | | 19,600 | | $26,700 | | $27,400 | |



EXHIBIT
A-3